**FILED**

JUN 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARNOLD FERNANDEZ,

          Plaintiff,

    v.

JOHN DOE,

          Defendant.

_____/

No. C 13-2683 JCS (PR)

**ORDER OF TRANSFER**

    This federal civil rights action, in which plaintiff challenges the denial of a prison transfer by his jailors at California Men's Colony, is TRANSFERRED to the Central District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

DATED: June 19, 2013

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD HERNANDEZ,

        Plaintiff,

  v.

CALIFORNIA MENS COLONY et al,

        Defendant.

_____/

Case Number: CV13-02683 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arnold Fernandez C51474
California Men's Colony West State Prison
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: June 19, 2013

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk